BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUN 14 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>5929 BIRDCAGE STREET, APT 201<br>CITRUS HEIGHTS, CALIFORNIA 95610 | CASE NO. 2:12-SW-285 EFB<br><br>PETITION TO UNSEAL SEARCH WARRANT |

On May 30, 2012, at the request of the United States, the Honorable Edmund F. Brennan ordered the above-captioned search warrant sealed until further order of the court. The search warrant was executed, and the investigation described in the affidavit has been completed. Accordingly, the prior justification for continued sealing of the material in this case is no longer applicable. Accordingly, the United States petitions the Court to unseal the above-captioned file.

Dated: June 14, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant United States Attorney

PETITION TO UNSEAL      1